IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB CHARLES BERGER,<br><br>Defendant. | CR 24-82-BLG-SPW<br><br><br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States' unopposed Motion for Final Order of Forfeiture (Doc 51). Having reviewed the Motion, the Court FINDS:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d).

2. On March 27, 2025, the Court entered the Amended Preliminary Order of Forfeiture (Doc. 34), which forfeited Defendant Jacob Charles Berger's interest in the following property:

   a. HS Produkt, Springfield Hellcat 9mm pistol (S/N: BA145784);
   b. Armscor, Rock Island Armory 1911, .45 caliber pistol (S/N: RIA2667647);
   c. Savage 62, .22 rifle (S/N: 3567341);
   d. Glock 19, 9mm pistol (S/N: BTDD435);
   e. Daniel Defense DDM4 semi-automatic rifle (S/N: DDM4348868);
   f. Uberti Cattleman 1873, .44 revolver (S/N: UC0925);
   g. Taurus G3C, 9mm pistol (S/N: ACH141507);
   h. Beretta CX4, 9mm rifle (SN: CX76319); and
   i. Various rounds of 5.7x28 and 9 mm ammunition.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") administratively forfeited the Remington 870, 12-gauge shotgun (S/N: D600088M), which was also listed in the Amended Preliminary Order of Forfeiture (Doc. 34).

4. Published notice is complete, as required by 21 U.S.C. § 853(n)(1), and all known potentially interested parties were provided an opportunity to respond (Doc. 43).

5. It appears there is cause to issue a final order of forfeiture under 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 51) is GRANTED.

2. The following firearms shall be returned to their respective lawful owners, when no longer needed as evidence and in accordance with governing law:

   a. HS Produkt, Springfield Hellcat 9mm pistol (S/N: BA145784) shall be returned to **T.K.**, the rightful owner.

   b. Armscor, Rock Island Armory 1911, .45 caliber pistol (S/N: RIA2667647) shall be returned to **A.Y.**, the rightful owner.

   c. Savage 62, .22 rifle (S/N: 3567341) shall be returned to **K.D.**, the rightful owner.

   d. Glock 19, 9mm pistol (S/N: BTDD435) shall be returned to **J.C.**, the rightful owner.

   e. Daniel Defense DDM4 semi-automatic rifle (S/N: DDM4348868) shall be returned to **S.W.**, the rightful owner.

   f. Uberti Cattleman 1873, .44 revolver (S/N: UC0925) shall be returned to **D.S.**, the rightful owner.

    g. Taurus G3C, 9mm pistol (S/N: ACH141507) shall be returned to **A.R.**, the rightful owner.

    h. Beretta CX4, 9mm rifle (S/N: CX76319) shall be returned to **B.F.**, the rightful owner.

4. The remaining rounds of 5.7x28 and 9mm ammunition are finally forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party. The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with law.

DATED this  15th  day of September, 2025.

*Susan P. Watters*
SUSAN P. WATTERS, District Judge
United States District Court